## No. 3987

### Second Circuit

### SUMLIN ET AL. v. GALLMAN

(July 14, 1931. Opinion and Decree.)

(October 1, 1931. Rehearing Refused.)

(February 1, 1932. Opinion and Decree of Supreme Court on Writs of Certiorari and Review setting aside judgment of Court of Appeal and reinstating judgment of District Court.)

Geo. Wesley Smith, of Rayville, attorney for plaintiffs, appellees.

Theus, Grisham, Davis & Leigh, of Monroe, attorneys for defendant, appellant.

DREW, J. This case involves the same issues, facts, and law as in case No. 3986 on the docket of this court, styled Joe L. Pipes, Individually and as Tutor for the Minor, Bessie Pipes, v. Claud L. Gallman, 135 So. 690, 18 La. App. 434, decided this day by this court.

For the reasons assigned therein, it is ordered, adjudged, and decreed that the judgment of the lower court be reversed, and the demands of plaintiff be rejected, at his cost in both courts.

McGREGOR, J., recused.

## No. 3988

### Second Circuit

### BYRD ET AL. v. GALLMAN

(July 14, 1931. Opinion and Decree.)

(October 1, 1931. Rehearing Refused.)

(February 1, 1932. Opinion and Decree of Supreme Court on Writs of Certiorari and Review setting aside judgment of Court of Appeal and reinstating judgment of District Court.)

Geo. Wesley Smith, of Rayville, attorney for plaintiffs, appellees.

Theus, Grisham, Davis & Leigh, of Monroe, attorneys for defendant, appellant.

DREW, J. This case involves the same issues, facts, and law as in case No. 3896 on the docket of this court, styled Joe L. Pipes, Individually and as Tutor for the Minor, Bessie Pipes, v. Claud L. Gallman, 135 So. 690, 18 La. App. 434, decided this day by this court.

For the reasons assigned therein, it is ordered, adjudged, and decreed that the judgment of the lower court be reversed, and the demands of plaintiff be rejected, at his cost in both courts.

McGREGOR, J., recused.